IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-108 |
| Plaintiff, | **INDICTMENT** |
| vs. | **Count 1**<br>21 U.S.C. § 846<br>Conspiracy to Distribute a Controlled Substance |
| MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," | |
| Defendant. | **Count 2**<br>21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute a Controlled Substance |
| | **Count 3**<br>18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| | **Count 4**<br>18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| | **Count 5**<br>21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute a Controlled Substance |
| | **Count 6**<br>18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |

The Grand Jury charges:

## Count 1

**Conspiracy to Distribute a Controlled Substance**

Between on or about 2019, and continuing to on or about February 16, 2020, in the Northern District of Iowa and elsewhere, defendant MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, which contained 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

This was in violation of Title 21, United States Code, Section 846.

## Count 2

**Possession with Intent to Distribute a Controlled Substance**

On or about January 3, 2020, in the Northern District of Iowa, defendant MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," did knowingly and intentionally possess with intent to distribute approximately 1.139 kilograms of a mixture or substance containing a detectable amount of methamphetamine that contained 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 3

### Possession of a Firearm by a Felon

On or about January 3, 2020, in the Northern District of Iowa, defendant MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, (1) a CBC model 715T .22 caliber rifle bearing international serial number ending in 765; (2) a CBC model 715T .22 caliber rifle bearing international serial number ending in 732; and (3) a CBC model 715T .22 caliber rifle bearing international serial number ending in 842, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: (1) Burglary Third Degree, in the Iowa District Court for Hardin County, on or about January 5, 2010, in case number FECR012857; and (2) two counts of Using a Juvenile to Commit a Forcible Felony and one count of Conspiracy to Commit Robbery, in the Iowa District Court for Jasper County, on or about May 7, 2018, in case number FECR019734.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 4

### Possession of a Firearm by a Felon

On or about February 15, 2020, in the Northern District of Iowa, defendant MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, specifically, an Ultralite .38 caliber revolver, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: (1) Burglary Third Degree, in the Iowa District Court for Hardin County, on or about January 5, 2010, in case number FECR012857; and (2) two counts of Using a Juvenile to Commit a Forcible Felony and one count of Conspiracy to Commit Robbery, in the Iowa District Court for Jasper County, on or about May 7, 2018, in case number FECR019734.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 5

### Possession with Intent to Distribute a Controlled Substance

On or about February 16, 2020, in the Northern District of Iowa, defendant MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," did knowingly and intentionally possess with intent to distribute 5 grams of actual (pure) methamphetamine, commonly called "ice" methamphetamine.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 6

### Possession of a Firearm by a Felon

On or about February 16, 2020, in the Northern District of Iowa, defendant MATTHEW SHAWN BRIDGES, also known as "Matthew Bell," knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed firearms, specifically, (1) a Taurus 9mm model G3 handgun; and (2) a Taurus 9mm model G2C handgun, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: (1) Burglary Third Degree, in the Iowa District Court for Hardin County, on or about January 5, 2010, in case number FECR012857; and (2) two counts of Using a Juvenile to Commit a Forcible Felony and one count of Conspiracy to Commit Robbery, in the Iowa District Court for Jasper County, on or about May 7, 2018, in case number FECR019734.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

PETER E. DEEGAN, JR.
United States Attorney

By: *Pat J Reint*

PATRICK J. REINERT
Assistant United States Attorney

A TRUE BILL

s/Foreperson　　　　　12/15/2020
Grand Jury Foreperson　　Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 12/15/2020
ROBERT L. PHELPS, CLERK