IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )        No. 20-CR-108
                                     )
   vs.                               )
                                     )
MATTHEW SHAWN BRIDGES,               )
also known as "Matthew Bell,"        )
                                     )
          Defendant.                 )

## ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Arrest Warrant in this matter are sealed until the arrest of the defendant.

Dated this __15__ day of ___Dec.___, 2020.


_____
MARK A. ROBERTS
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA