# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA, Plaintiff(s) vs. MATTHEW SHAWN VICTOR BRIDGES, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 20-CR-108-CJW-MAR-1<br>Presiding Judge: Mark A Roberts, Magistrate Judge<br>Deputy Clerk: Sarah Melvin<br>Official Court Record: FTR Gold |

| Date: | 12/18/2020 | Start: | 3:07 PM | Adjourn: | 3:15 PM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff(s): | | AUSA Ashley Corkery (by phone) | | | | |
| | Defendant(s): | | Appears personally and is represented by AFPD San Cross (by phone) | | | | |
| | U.S. Probation: | | Amy Moser (by phone) | | | | |
| | Interpreter: | --- | | Language: | --- | Certified: -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Date of indictment: | 12/15/2020 | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded: | Not Guilty | |
| Counsel: Retained: or | Appointed FPD/CJA: | AFPD Chris Nathan |
| Stipulation to discovery plan? Yes | Did defendant provide financial affidavit? | No |
| Did the government move for detention? Yes | Was the defendant detained? | Yes |
| Oral Motion for Detention/Preliminary hearing? Yes | Date: | **12/23/2020 8:30 am** |
| Trial date: | 2/16/2021-CJW | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Defendant states his full name is Matthew Shawn Victor Bridges. Defendant waives formal reading of the Indictment; Mr. Cross does not object.<br><br>Oral motion to amend made by Ms. Corkery to change Defendant's name to Matthew Shawn Victor Bridges; Court grants the oral motion. |
|---|---|