IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-108 |
| Plaintiff, | REPLY TO GOVERNMENT'S RESISTANCE TO DEFENDANT'S |
| vs. | MOTION TO SUPPRESS EVIDENCE |
| MATTHEW SHAWN VICTOR BRIDGES, | |
| Defendant. | |

COMES NOW, counsel for Defendant Matthew Shawn Victor Bridges, and submits the following reply to the Government's resistance to his motion to suppress evidence.

The Defense does not intend to call any witnesses. The Defense believes that the hearing will take two hours. The Defense further clarifies that it does not argue that law enforcement either unlawfully stopped or arrested the Defendant; rather, it argues that law enforcement lacked probable cause to seize the Defendant's vehicle.

The Defense denies that the *Leon* good faith exception applies here. The Defendant is challenging the warrantless seizure of the vehicle on February 16, 2020; as it was a seizure without judicial approval the reasoning behind *Leon* does not apply and neither does its good-faith exception.

Finally, the Defense respectfully requests that the Court permit post-hearing briefing.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA  52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/  Christopher J. Nathan
CHRISTOPHER J. NATHAN

christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea