# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 20-CR-108-CJW |
| v. ) | |
| ) | |
| MATTHEW SHAWN VICTOR BRIDGES ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[ ] Ad Prosequendum [✓] Ad Testificandum

Name of Detainee: Martika Kate Stewart   Inmate ID 521444

Detained at: Hardin County Jail   in the custody of Dave McDaniel, Sheriff

Detainee is:
a.) [ ] charged in this District by: [ ] Indictment [ ] Information [ ] Complaint Charging Detainee with:

or

b.) [✓] a witness not otherwise available by ordinary process of the Court.

and Detainee will:

a.) [✓] return to the custody of detaining facility upon conclusion of said proceedings.

or

b.) [ ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on June 1, 2021 at 9:00 a.m.

in: [✓] Cedar Rapids   [ ] Sioux City

05/14/2021
Date

*/s/ Patrick J. Reinert*
Patrick J. Reinert
Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[ ] Ad Prosequendum   ✓ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 14, 2021
Date

United States District/Magistrate Judge