RECEIVED AUG 0 5 2021

Dear, Clerk

My name is Matthew Shawn Victor Bridges I am writting because I have not been informed of when my trial date is set for. I think it is Sept 13th. Can you please write back with my trial date.

Also please inform C.J. Williams that I do not want my trial date moved back any more. I feel it will only prejudice me

thank you,
*[signature]*

Matthew Bridges
Linn County Correctional Center
PO Box 608
Cedar Rapids, IA 52406-0608

8.5.21
EoB

XRAYED US MARSHALS SERVICE

Clerk, US District Court
111 Seventh Ave SE
Box 12
Cedar Rapids, IA 52401

