# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00108-CJW-MAR-1 |
| v. ) | |
| ) | Judge CJ Williams |
| MATTHEW SHAWN VICTOR ) | |
| BRIDGES ) | |

**SENTENCING MEMORANDUM - LETTERS IN SUPPORT**

Mr. MATTHEW SHAWN VICTOR BRIDGES, by and through undersigned counsel, respectfully submits the attached two letters in support in consideration for his forthcoming sentencing hearing.

Date: June 27, 2022

Respectfully Submitted,

*s/ Murdoch Walker II, Esq.*
Murdoch Walker, II. Esq.
Ga. Bar No. 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Matthew Shawn Victor Bridges

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:20-CR-00108-CJW-MAR-1 |
| v. | ) | |
| | ) | Judge CJ Williams |
| MATTHEW SHAWN VICTOR BRIDGES | ) ) | |

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2022, I filed the foregoing SENTENCING MEMORANDUM - LETTERS IN SUPPORT with the Clerk of the United States District Court for the Northern District of Iowa by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: June 27, 2022

        Respectfully Submitted,

        ***s/ Murdoch Walker II, Esq.***
        Murdoch Walker, II. Esq.
        Ga. Bar No. 163417
        mwalker@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St., NW, Ste. 3325
        Atlanta, GA 30303
        404.496.4052
        www.lowtherwalker.com

        Attorney for Matthew Shawn Victor Bridges