**From:** bridtra@heartofiowa.net
**Subject:** Matthew Bridges
**Date:** June 25, 2022 at 1:33 AM
**To:** mwalker@lowtherwalker.com

Honorable Judge,

Let me introduce myself. Garland (Gair) E. Bridges the father of Matthew. I first met Matthew at age 5 when he was placed in foster care with me. He was physically and mentally abused by his stepfather. He would often step between his sisters and his stepfather so his sister weren't abused. He took the beatings instead of his sisters. When he moved in with me he told me could babysit with my son Eddie who was also 5. Eddie was two when I adopted him. He was a shaken baby before the age of one. This caused damage to his brain. Matthew was always Eddie's protector growing up. Others would bully Eddie because how he was different. Matthew was not about to let others hurt Eddie in any way. This does not mean Matthew was a fighter it simply means other were not going to harm Eddie

As Matthew and my relationship grew he had nothing but honor and respect for me. He was in and out of my home many times with DHS trying to reunite the family. When this not possible I adopted him. Now in his teens his life was already in turmoil. I always hope I can plant a seed that will eventually grow. Many times I could see his growth. Many times I have seen him struggle. I believe him to be good of heart. When with me we attended a Brethren Church. He enjoyed going to church with his family.

Matthew is a bright young man young. He can process a problem and make good decisions when outside forces drag him down.

If there is anything else you need from me, please feel free to contact me at any time. His attorney has my information.

Respectfully,

Garland E Bridges (aka Gair)

Samantha J. Flugge

204 N Walnut Ave

New Hampton, IA, 50659

641-229-0867

June 26, 2022

To The Honorable Judge/Court,

     It is an honor to write this letter in favor of Matthew Bridges to showcase all the good that can be forgotten in the moments of the bad. My name is Samantha Flugge, and I am proud to write this letter to stand by him as one of his trusted friends. As I have not known him for overly long, it has quickly become apparent as to who he was as a person shortly after meeting him. It's crazy to hear how different his old self used to be, but also mind boggling the shift in character I have seen.

     When I first met him I knew his smart mouth was key to trouble, but it turns out that when he uses his mouth properly, he can be a real social butterfly and bring a smile to those around him by using it to actually be smart. When it comes to those around him, Matt is one to not put himself above others. If someone needed someone to talk to or needed advice, or was just plain lonely Matt would be there so quickly and that right there is a prime example of his compassion and good heart.

     As I have grown up with some criminal background, I have never been one to judge someone of their mistakes or past. When learning more about Matt over time, I learned that his intentions might have come from always taking care of things. His personality is 100% so easy to get along with as long as you don't walk/talk like the big guy I met earlier.

Some of the first qualities/characteristics I noticed was how you are attentive. There may be others around that they think they know it all or what not, but Matt just simply let it go for now and put his focus on real importance.

Another quality is that he is loyal. You could tell him your deepest, darkest secret and he would take it to the grave with him. You could hurt him, minor or major, over and over again. He may lose respect for you, and or put in some distance, but if you called and needed him, he'd be there.

Last but not least, Matt is absolutely a proud dad. I know you may think it's hard to do or know that when you're in jail but damn. He always talks about his kids. He always brags them up and shows them off. Always talking about how he wishes he wasn't missing out on their lives and how he wishes he could go back. How he wishes things were different.

Overall, your honor, I believe 110% that there are so many people out there that are headed down the wrong path and that may mess up and they find themselves in a not so good situation.

I truly hope this tidbit just shows you that it doesn't matter what someone looks like, whether they're in jail or not, and etc. to know that them as individuals are lowkey sacred or off of it.

If you have any questions or concerns, please feel to come stay and move in I think as well. Lol yes, now I have to with 10% your admission.

If you have amy questions or concerns or just wanna talk, know that he can always look at me! I apologize.


Sincerely,


Samantha J. Flugge