IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 20-CR-00108-CJW |
| vs. | ) ) | |
| MATTHEW SHAWN BRIDGES, | ) ) | |
| Defendant. | ) | |

**JOINT NOTICE RE: SENTENCING**

Plaintiff, United States of America, and Defendant, Matthew Shawn Bridges, respectfully submit this joint notice regarding sentencing.

The presentence report (PSR) found the advisory guidelines to be:

1. Base offense level to be level 38 (PSR ¶ 18);

2. Possession of a firearm (+2 levels) (PSR ¶ 19);

3. Use of Violence (+2 levels) (PSR ¶ 20);

4. Role in the Offense (+3 levels) (PSR ¶ 22); and

5. Acceptance of responsibility (-3 levels) (PSR ¶¶ 26-27)

This results in an adjusted offense level of level 42 (PSR ¶ 28) and a range of 360 months to life imprisonment since defendant is a category V offender. (PSR ¶¶ 51, 102).

The presentence report has identified the contested issues as (1) base offense level; (2) use of violence and (3) role in the offense. The parties have agreed to a resolution of these issues and a withdrawal of all factual objections supporting these adjustments. The defendant will withdraw his objection to the base offense level of 38 in PSR ¶ 18. The United States will not present evidence or seek the two-level

increase for the use of violence in PSR ¶ 20.  The parties agree a 2-level increase for role in the offense as set forth in PSR ¶ 22 is appropriate.  This results in the following:

1. Base Offense level of 38;
2. A two-level increase for possession of a firearm;
3. A two-level increase for role in the offense
4. A three-level decrease for acceptance of responsibility.

This results in an adjusted offense level of 39 and an advisory guidelines range of 360 months to life imprisonment.  The time needed for sentencing will be approximately 30-45 minutes.

Respectfully submitted,

| | |
|---|---|
| TIMOTHY T. DUAX<br>Acting United States Attorney | MATTHEW SHAWN BRIDGES<br>Defendant |
| By, */s/ Patrick J. Reinert* | By, */s/ MurdochWalker II* |
| PATRICK J. REINERT<br>Assistant United States Attorney<br>111 Seventh Avenue SE, Box 1<br>Cedar Rapids, IA  52401-2101<br>(319) 363-6333<br>(319) 363-1990 (Fax)<br>Pat.Reinert@usdoj.gov | MURDOCH WALKER II<br>Lowther \| Walker LLC<br>101 Marietta Street NW, Suite 3325<br>Atlanta, GA 30303<br>(404) 496-4052<br>mwalker@lowtherwalker.com |

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/   MAM